UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAMON JAQUEZ, on behalf of himself and　　　:　　21-Cv-1692 (SHS)
all other persons similarly situated,

　　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　Plaintiffs,　　　　　　　　ORDER
　　-v-　　　　　　　　　　　　　　　　　　　　:

NATIONAL WHOLESALE,　　　　　　　　　　　　:
LIQUIDATORS, INC.,

　　　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

　　　　The plaintiff having filed a notice of dismissal on April 1, 2021 [Doc. No. 6], and the Clerk of Court having closed this case,

　　　　IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

------------------------------------------------------x

　　　　　　RAMON JAQUEZ,　　　　　　　　　　　　:

　　　　　　　　　　　　Plaintiff,　　　　　　　　　:

　　　　　　　　-v-　　　　　　　　　　　　　　　　:

　　　　　　NATIONAL WHOLESALE　　　　　　　　　:
　　　　　　LIQUIDATORS, INC.,
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.

------------------------------------------------------x

Dated: New York, New York
　　　　April 5, 2021

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Sidney H. Stein, U.S.D.J.